Entered: April 17, 2018
Signed: April 17, 2018

**SO ORDERED**



_Lori Simpson_
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   18−10233 − LSS    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brenda Lee Dooley
*debtor has no known aliases*
46538 Majestic Court
Lexington Park, MD 20653

Social Security No.:   xxx−xx−9005

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 1/8/18.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *rhegerle*